1  PHILIP A. TALBERT
2  Acting United States Attorney
   DANIEL J. GRIFFIN
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

*FILED*

*NOV -3 2016*

*CLERK, U.S. DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*
*BY*
*DEPUTY CLERK*

6
7            IN THE UNITED STATES DISTRICT COURT FOR THE
8                 EASTERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,     )   CASE NO. 1:16-mj-143 BAM
10                               )
              Plaintiff,         )   MOTION AND ORDER
11                               )   TO UNSEAL ~~INDICTMENT~~ *Complaint*
        v.                       )
12                               )
   JESUS VELAZQUEZ               )
13                               )
              Defendants.        )
14  _____  )
15
16       The Complaint in this case, having been sealed by Order of the
17  Court, and it appears that it no longer need remain secret,
18       The United States of America, by and through Philip A. Talbert,
19  Acting United States Attorney, and Kimberly A. Sanchez and
20  Christopher D. Baker, Assistant United States Attorneys, hereby moves
21  that the Complaint in this case be unsealed and made public record.
22  Dated:  November 3, 2016                PHILIP A. TALBERT
                                            ACTING UNITED STATES ATTORNEY
23
24                                 BY:   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
25                                       Assistant U.S. Attorney
        **IT IS SO ORDERED.**
26
   DATED: November 3, 2016
27
                                   Honorable BARBARA A. McAULIFFE
28                                 U.S. MAGISTRATE JUDGE